

1  Jane Doe
   1700 N Point #107
2  San Francisco, California 94123
   Telephone:  (415) 875-9571
3
4  In pro se

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9

10 | **Jane Doe**                      | **Case No.  C 08-02541 EMC**
11 |          **Plaintiff,**           |
12 |      **vs.**                      | **NOTICE OF RELATED CASES**
13 |                                   |
14 | **COUNTY OF SAN MATEO, et al.,**  | Judge: Hon. Edward M. Chen.
15 |                                   |
16 |          **Defendants.**          |
17

18

19        **TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR**

20 **COUNSEL OF RECORD:**

21        **PLEASE TAKE NOTICE** that, pursuant to Local Rule 40.1 (e), the above-captioned

22 case ("*Jane Doe v. County of San Mateo et al*") is related to *Jane Doe v. City of San Mateo et al.*

23 C.D. Cal Case No.  C 07-05596 SI

24        Local Rule 40.1 (f) defines as related action as multiple proceedings on file in this or any

25 federal court which:

26        Involve some of the same parties and are based on the same or similar claims, or

27        Involve the same property, transaction, or event, or

28        Involve substantially the same facts and the same question of law.

*Jane Doe v. City of San Mateo et al.*
Notice of Related Case

1    This case is related to C 07-05596 SI  for each of the following reasons:

2  Theses actions involve the "same parties" and are based on similar claims. Specifically, theses

3  actions involve constitutional violations and denial of equal protection claims based on the same

4  event by the same and similar parties. For the same reason, theses cases involve the same facts

5  and the same questions of law.

6    Given that theses cases involve the same defendants, challenge the same or similar

7  activities, rely on the same or similar evidence, and require analysis under the same statutes and

8  other legal authorities, there would be a "substantial duplication of labor" if they were heard by

9  different judges. Simply put, it would be a waste of judicial resources and would likely to unduly

10  delay and detract from efficient determination of the action to have this case heard by a different

11  Judge than Judge Illston who is presiding over *Jane Doe v. City of San Mateo et. al.*

12

13  Dated:  June 16, 2008                    Respectfully submitted,

14

15

16                                      By: _____

17                                      Jane Doe, plaintiff in pro se

18

19

20

21

22

23

24

25

26

27

28

*Jane Doe v. City of San Mateo et al.*
Notice of Related Case