

FILED
08 AUG 15 PM 2: 14

1  Jane Doe
2  1700 N Point #107
   San Francisco, CA 94123
3  (415) 875-9571

4

5              UNITED STATED DISTRICT COURT

6              NORTHER DISTRICT OF CALIFORNIA

7

8

9  Jane Doe                              No. C 08-2541 SI

10         Plaintiff,                    PROOF OF SERVICE BY MAIL

11     vs.                               1. Two Copies of Complaint Case No.
                                            C-08-2541 SI
12
                                         2. Notice of Lawsuit and Request for
13  County of San Mateo et al.              Waiver of Service of Summons
                                         3. Waiver of Service Summons
14         Defendants.                   4. Related Case Order Case No.
15                                          C07-05596SI and C 08-2541SI
                                         5. Notice of Case Management
16                                          Conference Case No. C07-05596SI
17                                          and C 08-2541SI
                                         6. Case Management Conference
18                                          Order Case No. C07-05596SI and
19                                          C 08-2541SI
                                         7. Order Setting Initial Case
20                                          Management Conference and ADR
21                                          Deadlines
                                         8. ECF Registration Information
22                                          Handout
23                                       9. Stipulation to Protective Order and
                                            File under seal; Designated
24                                          Protected Material
25                                       10. Certification of Interested entities
26
27
28

*Jane Doe v. County of San Mateo et al* Case No. C 08-2541 SI

Proof of Service

# PROOF OF SERVICE
*Jane Doe v. County of San Mateo et al. Case No. C 08-2541 SI*

I, Nichole Benton, am a citizen of the United States, and am over 18 years of age. I am not a registered California process server and am not a party to the above-entitled action. My business address is 1332 Alabama Street, san Francisco, CA 94110. On the date stated below, I served a true and correct copy (ies) of the following document(s):

1. Two Copies of Complaint Case No. C-08-2541 SI
2. Notice of Lawsuit and Request for Waiver of Service of Summons
3. Waiver of Service Summons
4. Related Case Order Case No. C07-05596SI and C 08-2541SI
5. Notice of Case Management Conference Case No. C07-05596SI and C 08-2541SI
6. Case Management Conference Order Case No. C07-05596SI and C 08-2541SI
7. Order Setting Initial Case Management Conference and ADR Deadlines
8. ECF Registration Information Handout
9. Stipulation to Protective Order and File under seal; Designated Protected Material
10. Certification of Interested entities

On all parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[x]   MAIL – I placed true and correct copies of the aboved referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

San Mateo County Counsel
Attn: Michael P Murphy
400 County Center, 6th Floor
Redwood City, CA 94063

San Mateo County Sheriff's Office
Attn: Sheriff Greg Munks
400 County Center
Redwood City, CA 94063

*Jane Doe v. County of San Mateo et al. Case No. C 08-2541 SI*
Proof of Service

1

| | |
|---|---|
| 1 | San Mateo County Sheriff's Office |
|   | Attn: Suzanne Blick |
| 2 | 400 County Center |
|   | Redwood City, CA 94063 |
| 3 | |
| 4 | San Mateo County Sheriff's Office |
|   | Attn: Victoria O'Brien |
| 5 | 400 County Center |
|   | Redwood City, CA 94063 |
| 6 | |
| 7 | San Mateo County Sheriff's Office |
|   | Attn: Gil Rodriguez |
| 8 | 400 County Center |
|   | Redwood City, CA 94063 |
| 9 | |
| 10 | San Mateo County Counsel |
|    | Attn: Kathryn Albertie |
| 11 | 400 County Center, 6th Floor |
|    | Redwood City, CA 94063 |
| 12 | |
| 13 | San Mateo City Attorney's Office |
|    | Attn: Shawn Mason |
| 14 | 330 W. 20th Avenue |
|    | San Mateo, CA 94403 |
| 15 | |
| 16 | San Mateo Police Department |
|    | Attn: Susan E. Manhiemer |
| 17 | 2000 South Delaware Street |
|    | San Mateo, CA 94403 |
| 18 | |
| 19 | San Mateo Police Department |
|    | Attn: Sgt. Perucci |
| 20 | 2000 South Delaware Street |
|    | San Mateo, CA 94403 |
| 21 | |
| 22 | San Mateo Police Department |
|    | Attn: Tonya Nue |
| 23 | 2000 South Delaware Street |
|    | San Mateo, CA 94403 |
| 24 | |
| 25 | San Mateo Police Department |
|    | Attn: Alan J Parisian |
| 26 | 3968 E Augusta Ave |
|    | Queen Creek AZ 85242-3235 |
| 27 | |
| 28 | |

*Jane Doe v. County of San Mateo et al. Case No. C 08-2541 SI*
Proof of Service

2

| | |
|---|---|
| 1 | Harry Stern |
|   | Rains Lucia Stern PC |
| 2 | 2300 Contra Costa Blvd, Ste 230 |
|   | Pleasant Hill, CA, 94523 |
| 3 | |
| 4 | Office Of The City Attorney |
|   | Attn: Larry Anderson |
| 5 | 501 Primrose Road |
|   | Burlingame, CA 94010-3997 |
| 6 | |
| 7 | Burlingame Police Department |
|   | Attn: Jack Van Etten |
| 8 | 1111 Trousdale Drive |
|   | Burlingame, CA 94010 |
| 9 | |
| 10 | Burlingame Police Department |
|    | Attn: Kevin Kashiwahara |
| 11 | 1111 Trousdale Drive |
|    | Burlingame, CA 94010 |
| 12 | |
| 13 | Burlingame Police Department |
|    | Attn: Steve Vega |
| 14 | 1111 Trousdale Drive |
|    | Burlingame, CA 94010 |
| 15 | |
| 16 | Burlingame Police Department |
|    | Attn: Robert Cissna Jr. |
| 17 | 1111 Trousdale Drive |
|    | Burlingame, CA 94010 |
| 18 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on, August 13, 2008 in San Francisco, California.

_____
Nichole Benton

*Jane Doe v. County of San Mateo et al. Case No. C 08-2541 SI*
Proof of Service

3