

**SELMAN BREITMAN** LLP
ATTORNEYS

33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537

Telephone 415.979.0400
Facsimile 415.979.2099

www.selmanbreitman.com

Kelli George
415.979.0400
kgeorge@selmanbreitman.com

August 28, 2008

**Sent Electronically**

Tracy Sutton, Calendar Clerk
SF Courtroom 10, 19th Floor
United States District Court
Northern District of California
400 Golden Gate Ave.
San Francisco, CA 9

Re:   *Jane Doe v. County of San Mateo, et al.*
      United States District Court, Northern District of California Case No. 08-CV-02541-SI (Related Case 07-CV-05596-SI)
      Our File No.    :  555.25544

Dear Ms. Sutton:

I write to confirm our telephone conversation on today's date, wherein you agreed to keep the hearing date of October 3, 2008, at 9:00 a.m. for the Motion to Dismiss filed by my clients, the City of Burlingame, Burligame Police Department, its Police Chief Jack Van Etten, Officer Kevin Kashwahara, Officer Steve Vega and Robert Cissna.

The reason October 3, 2008, was chosen as the hearing date for my clients' Motion is because this case was deemed related to case number 07-CV-05596-SI that is currently before Judge Illston, and there are several other similar Motions to Dismiss currently on calendar for this date and time in that matter. Therefore, I believe that in the interest of justice and efficiency the court would want to hear all Motions at once in the same hearing.

Should you have any comments or questions, please let me know. Thank you for your cooperation and courtesy in this matter.

Very truly yours,

KELLI GEORGE

KG/kg