```
GREGG A. THORNTON (SBN 146282)
JENNIFER L. RUSNAK (SBN 247054)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
CITY OF BURLINGAME, BURLINGAME
POLICE DEPARTMENT, its POLICE
CHIEF JACK VAN ETTEN, OFFICER
KEVIN KASHIWAHARA in his
individual capacity, OFFICER
STEVE VEGA in his individual and
official capacity, ROBERT CISSNA
in his individual and official
capacity
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S OFFICE; its SHERIFF GREG MUNKS, in his individual and official capacity; SAN MATEO COUNTY DEPUTY SUZANNE BLICK in her individual and official capacity; Lt. VICTORIA O'BRIEN in her individual and official capacity; SGT. GIL RODRIGUEZ in his individual and official capacity; KATHERYN ALBERTIE in his individual capacity; SAN MATEO COUNTY SHERIFF'S DEPUTIES Does 1 -100; CITY OF SAN MATEO; SAN MATEO POLICE DEPARTMENT; SAN MATEO POLICE CHIEF SUSAN E. MANHEIMER, in her individual and official capacity; SGT. PERUCCI in his individual and official capacity; DETECTIVE TONYA NUE in her individual and official capacity; Lt. ALAN PARISIAN in | CASE NO.  C08-02541 SI<br><br>(Related to C07-05596 SI)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

1

NOTICE OF SUBSTITUTION OF COUNSEL
C-08-02541 SI

167019.1  555.25544

```
 1  his individual and official
    capacity; SAN MATEO POLICE
 2  OFFICERS Does 1-100; JAMES
    RAINEY MASON, in his individual
 3  capacity; CITY OF BURLINGAME,
    BURLINGAME POLICE DEPARTMENT,
 4  its POLICE CHIEF JACK VAN ETTEN,
    OFFICER KEVIN KASHIWAHARA in his
 5  individual capacity; OFFICER
    STEVE VEGA in his individual and
 6  official capacity; ROBERT CISSNA
    in his individual and official
 7  capacity; Does 1-200, inclusive,
    et al.,
 8
               Defendants.
 9
```

TO THE ABOVE ENTITLED COURT, PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that effective immediately, Jennifer L. Rusnak of Selman Breitman LLP has replaced Kelli E. George as counsel for defendants the City of Burlingame, Burlingame Police Department, its Police Chief Jack Van Etten, Officer Kevin Kashiwahara in his individual capacity, Officer Steve Vega in his individual and official capacity, and Robert Cissna in his individual and official capacity. The address and telephone number of the new counsel remains the same as prior counsel.

DATED:                           SELMAN BREITMAN LLP

                          By: /s/ Jennifer L. Rusnak
                              GREGG A. THORNTON
                              JENNIFER L. RUSNAK
                              Attorneys for Defendants
                              CITY OF BURLINGAME, BURLINGAME
                              POLICE DEPARTMENT, ITS POLICE CHIEF
                              JACK VAN ETTEN, OFFICER KEVIN
                              KASHIWAHARA in his individual
                              capacity, OFFICER STEVE VEGA in his
                              individual and official capacity,
                              ROBER CISSNA in his individual and
                              official capacity

2

NOTICE OF SUBSTITUTION OF ATTORNEY
C-08-02541 SI

167019.1 555.25544

**ORDER**

The foregoing substitution of attorney is authorized by the Court and the Clerk of Court is directed to make the appropriate change on the docket.

**IT IS SO ORDERED.**

Dated: _____   By: 
_____
Hon. Susan Illston
United States District Judge
Northern District of California

# PROOF OF SERVICE

*Jane Doe v. County of San Mateo, et al.*

United States District Court Northern District of California Case No. C08-02541 SI

(Related to C-07-05596 SI)

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On March 23, 2009, I served the following document(s) described as **NOTICE OF SUBSTITUTION OF COUNSEL** on the interested parties in this action as follows:

| | |
|---|---|
| **Case No. C08-02541 SI** | Plaintiff, Pro Se |
| Jane Doe<br>1700 N. Point, #107<br>San Francisco, CA 94123 | Tel: (415) 875-9571<br>Email:<br>janedoefederalcase@yahoo.com |
| **Case No. C08-02541 SI** | Attorneys for Defendant James Mason |
| Ellen Paula Rosenbluth<br>Rains Lucia Stern, PC<br>2300 Contra Costa Boulevard<br>Suite 230<br>Pleasant Hill, CA 94523 | Tel: (925) 609-1699<br>Fax: (925) 609-1690<br>Email: erosenbluth@rlslawyers.com |
| **Case No. C08-02541 SI and Related Case No. C-07-05596 SI** | Attorneys for Defendants City of San Mateo, Susan E. Manheimer, Officer #122 Murphy, Officer Yanuska #116 |
| David M. King<br>Carr, McClellan, Ingersoll,<br>Thompson & Horn<br>216 Park Road<br>Burlingame, CA 94010 | Tel: (650) 342-9600<br>Fax: (650) 342-7685<br>Email: dking@carr-mcclellan.com |
| **Case No. C08-02541 SI and Related Case No. C-07-05596 SI** | Attorneys for Defendants County of San Mateo, San Mateo County Sheriff's Department, Sheriff Don Horsley, Sheriff Greg Munks, Suzanne Blick, Lt. Victoria O'Brien, Sgt. Gil Rodriguez, Kathyrn Albertie |
| David A. Levy<br>Kathryn Elizabeth Alberti<br>San Mateo County<br>400 County Center, Sixth Floor | |

156310.1 555.25544

1

| | | |
|---|---|---|
| | Redwood City, CA 94063 | Tel: (650) 363-4034<br>Fax: (650) 363-4034<br>Email: dlevy@co.sanmateo.ca.us |
| | **Related Case No. C-07-05596 SI**<br><br>Michael J. Dodson<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905 | Attorneys for Defendant City of San Jose<br><br>Tel: (408)535-1900<br>Fax: (408) 998-3131 |
| | **Related Case No. C-07-05596 SI**<br><br>Harry S. Stern<br>Rains Lucia Stern, PC<br>2300 Contra Costa<br>Suite 230<br>Pleasant Hill, CA 94523 | Attorneys for Defendant James Mason<br><br>Tel: (925) 609-1699<br>Fax: (925) 609-1690<br>Email: hstern@rlslawyers.com |
| | **Case No. C08-02541 SI and Related Case No. C-07-05596 SI**<br><br>Richard D. North<br>Office of the City Attorney<br>200 E. Santa Clara Street<br>San Jose, CA 95110 | Attorneys for City of San Jose, San Jose Police Department, Chief Robert Davis, Sgt. Rikkie Goede<br><br>Tel: (408) 535-1900<br>Fax: (408) 998-3131<br>Email: cao.main@sanjoseca.gov |

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to for delivery to the addressee(s).

☒ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-File to the recipients designated on the Transaction Receipt located on the United States District Court e-File website.

☐ **BY FAX**: I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 23, 2009, at San Francisco, California.

YOLANDA MEDINA

3